IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MICHAEL ANTHONY TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-029 |
| | ) | |
| UNITED STATES OF AMERICA; | ) | |
| DEPARTMENT OF JUSTICE; U.S. | ) | |
| DISTRICT COURT, RALEIGH NC; F.B.I.; | ) | |
| FEDERAL MEDICAL CENTER; and | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**

_____

Plaintiff filed this case in the Southern District of Georgia even though the named defendants are located in Washington D.C., Butner, North Carolina, and Raleigh, North Carolina, and the events in Plaintiff's complaint allegedly occurred in Butner and Raleigh, North Carolina. (See doc. no. 1.) Because both Butner and Raleigh are in the Eastern District of North Carolina the proper venue is the Eastern District of North Carolina. 28 U.S.C. § 1391(b).

In the interest of justice, instead of dismissing this action, the Court **ORDERS** it **TRANSFERRED** to the Eastern District of North Carolina. 28 U.S.C. § 1406(a). The Court also **DIRECTS** the Clerk to forward the file to that District.

SO ORDERED this 11th day of April, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA